| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty. | FILED |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty. | 22MJ01123 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty. | |



2022 MAR 21  AM 9: 54

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR 21-00003-TFM-001 |
|---|---|
| Anthony Tirado<br>USMS# 91885-509<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/18/2022 at 1200 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 841-21 USC 846

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1991

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  E MAIL

10. Remarks (if any): none

11. Name: L. Flores                           (please print)

12. Office Phone Number: 213-620-7676         13. Agency: USMS

14. Signature: _____                15. Date: 03/21/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION